```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RAISTONE PURCHASING LLC-SERIES XXXVII,

        Plaintiff,        22-cv-10221 (JGK)

  - against -        <u>ORDER</u>

COMERCIALIZADORA DE PAPELES Y CARTONES SURPAPEL S.A.,

        Defendant.

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to serve the summons and complaint is extended to **April 12, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for April 11, 2023, is canceled.

SO ORDERED.

Dated:    New York, New York
           March 13, 2023

                                  John G. Koeltl
                            United States District Judge