UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAINSTONE PURCHASING LL SERIES
XXXVII,

                Plaintiff(s)

                22 civ 10221 (JGK)

    -against-

COMERCIALIZADORA DE PAPELES
Y CARTONES SURPAPEL S.A.,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

The Court, having granted an extension of time for the plaintiff to effectuate service on the defendant,

The conference scheduled for July 27, 2023, at 4:00pm, is canceled.

**SO ORDERED.**

                                              _____
                                              **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 18, 2023