UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

RAISTONE PURCHASING LLC-SERIES XXXVII,

                Plaintiff,

- against -

COMERCIALIZADORA DE PAPELES Y CARTONES SURPAPEL S.A.,

                Defendant.

22-cv-10221 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 10, 2023.

SO ORDERED.

Dated:    New York, New York
           October 27, 2023

                                            John G. Koeltl
                                     United States District Judge