```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RAINSTONE PURHCASING LLC-SERIES XXXVII,

          Plaintiff,

- against -

COMERCIALIZADORA DE PAPELES Y CARTONES SURPAPEL S.A.,

          Defendant.

22-cv-10221 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear via telephone for a conference on **November 28, 2023**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           November 13, 2023

                                      John G. Koeltl
                               United States District Judge