UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAISTONE PURCHASING LLC-SERIES XXXVII,

        Plaintiff,

- against -

COMERCIALIZADORA DE PAPELES Y CARTONES SURPAPEL S.A.,

        Defendant.

22-cv-10221 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file motion for summary judgment is **August 2, 2024**. The time for the defendant to respond is **August 26, 2024**. The time to reply is **September 13, 2024**.

SO ORDERED.

Dated:    New York, New York
           July 2, 2024

                                            John G. Koeltl
                                    United States District Judge