UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAISTONE PURCHASING LLC-SERIES XXXVII,

            Plaintiff,

- against -

COMERCIALIZADORA DE PAPELES Y CARTONES SURPAPEL S.A.,

            Defendant.

22-cv-10221 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the plaintiff's motion for summary judgment, on **January 30, 2025,** at **3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:    New York, New York
           January 15, 2025

                                      John G. Koeltl
                                   United States District Judge