```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――

RAISTONE PURCHASING LLC-SERIES XXXVII,

        Plaintiff,

- against -

COMERCIALIZADORA DE PAPELES Y CARTONES SURPAPEL S.A.,

        Defendant.

―――――――――――――――――――――――――

22-cv-10221 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Comercializadora should respond to Raistone's calculation of the amount of judgment to be entered, see ECF No. 48, by February 24, 2025.

SO ORDERED.

Dated:    New York, New York
            February 15, 2025

                                         /s/ John G. Koeltl
                                            John G. Koeltl
                                      United States District Judge