**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAISTONE PURCHASING LLC-SERIES XXXVII,

                             Plaintiff,

    -against-                                    22 **CIVIL** 10221 (JFK)

                                                             **JUDGMENT**

COMERCIALIZADORA DE PAPELES Y
CARTONES SURPAPEL S.A.,

                             Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2025, judgment is entered in favor of Raistone and against Comercializadora in the amount of $13,317,490.14 plus interest in the amount of $5,200,716.53 through March 5, 2025, together with interest of $3,791.89 for each day up to the date that the Clerk enters judgment in favor of Raistone, in the amount of $22,751.34; accordingly, the case is closed.

**Dated:** New York, New York

        March 10, 2025

                                                             **TAMMI M HELLWIG**
                                                             **Clerk of Court**

                                **BY:**          *K. Mango*

                                                              **Deputy Clerk**